PEOPLE EX REL. JOHN MEE v. TREASURER OF BENZIE COUNTY.

*Removal of county-seat.*

A county-seat cannot be shifted at the will of the supervisors after they have once canvassed a popular vote for its removal and located it in accordance with the result.

MANDAMUS to compel the payment of certain orders granted to the relator's assignor by the board of supervisors of Benzie county, while sitting at Frankfort, after the county seat had been removed from that place to Benzonia. It appeared that this board had assumed to re-canvass the vote by which the county seat was removed, and had declared the county seat to be at Frankfort. Respondent claimed that the orders were made in defiance of the legal duties of the board and in aid of their illegal action in attempting to disregard the removal of the county-seat. Submitted and denied June 3.

*S. W. Fowler* for relator.

*M. J. Smiley* for respondent.

PER CURIAM. We think it is time this question should be regarded as settled. We have on more than one occasion decided upon this removal of the county-seat, and the public interests will not permit any further discussion of it. The finality of the action of supervisors in canvassing the votes on such removals was settled in *Att'y Gen. v. Sup'rs of Lake Co.*, 33 Mich., 289, and in case of this same county of Benzie in *Att'y Gen. v. Sup'rs of Benzie*, 34 Mich., 211.

The writ must be denied with costs.